UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| IN RE: | CaseNumber: 09-34650 |
| Chapter 13 Administration | Debtor(s): RANDOLPH G WHIPPS |

## LINE DEPOSITING FUNDS INTO COURT REGISTRY

To the Clerk of the Court:

Please be advised that pursuant to 11 U.S.C. Section 347 and Federal Bankruptcy Rule 3011, the Trustee is paying the amount of **$5,425.42** to "Clerk, U.S.Bankruptcy Court" that represents unclaimed funds in the above Chapter 13 case. Creditors and/or debtors are listed at their last known address, and are entitled to the itemized payments; however, the creditors have returned disbursement payments to the Trustee.

Dated: 01/26/2015

Respectfully submitted.

/s/NANCY L. SPENCER GRIGSBY
Chapter 13 Trustee
4201 MITCHELLVILLE RD
SUITE 401
BOWIE, MD  20716

| PAYEE | CLAIM # | AMOUNT |
|---|---|---|
| FIRST MARBLEHEAD CORPORATION<br>ATTN BANKRUPTCY DEPT<br>ONE CABOT ROAD, 3RD FL<br>MEDFORD, MA, 02155 | 13 | $5,425.42 |
| Total | | $5,425.42 |